IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW C. JOHNSON,

    Plaintiff,                    No. CIV S-08-0462 FCD GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.             ORDER

_____/

ANDREW C. JOHNSON,

    Plaintiff,                    No. CIV S-08-0463 FCD GGH P

    vs.

ALLEN P. CARTER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a Solano County Jail inmate proceeding pro se, has filed two civil rights actions pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a

1

1  certified copy of his prison trust account statement.

2          On February 23, 2008, plaintiff filed two complaints with the court which, on the

3  face of it, make virtually identical allegations against the same defendants.  The court will

4  therefore direct that Case No. CIV S-08-0463 FCD GGH P be closed as duplicative.

5          In accordance with the above, IT IS HEREBY ORDERED that:

6          1.  Plaintiff shall submit, within thirty days from the date of this order, a certified

7  copy of his prison trust account statement for the six month period immediately preceding the

8  filing of the complaint.  Plaintiff's failure to comply with this order will result in a

9  recommendation that this action be dismissed without prejudice.

10          2.  The Clerk of the Court is directed to send plaintiff a new Application to

11  Proceed In Forma Pauperis By a Prisoner;

12          3.  The Clerk of the Court shall close case CIV S-08-0463 FCD GGH P; and

13          4.  The documents from the closed case shall be docketed in CIV S-08-0462 FCD

14  GGH P.

15  DATED:  03/10/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

18  GGH:bb/009
john0462.3a+